UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMELLO RANDLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>　　　　　Defendants. | No. 1:25-cv-00060-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. 2, 9)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Ramello Randle is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2025, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g) and that plaintiff be required to pay the $405.00 filing fee in full to proceed with this action. Doc. 9. Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* Plaintiff did not file objections, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636 (b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued on January 14, 2025, Doc. 9, are adopted in full;
2. In accordance with 28 U.S.C. § 1915(g), plaintiff's application to proceed in forma pauperis, Doc. 2, is denied; and
3. Within **twenty-one (21) days** following the date of service of this order, plaintiff shall pay the $405.00 filing fee in full to proceed with this action. If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:    February 16, 2025

UNITED STATES DISTRICT JUDGE