UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMELLO RANDLE,<br><br>    Plaintiff,<br><br> v.<br><br>KERN VALLEY STATE PRISON, *et al.*,<br><br>    Defendants. | No. 1:25-cv-00060-KES-BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE<br><br>(Doc. 11) |

  Plaintiff Ramello Randle is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

  On January 14, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g) and that plaintiff be required to pay the filing fee in full to proceed with this action. Doc. 9.

  On February 18, 2025, the undersigned issued an order adopting the findings and recommendations and ordering plaintiff to pay the $405.00 filing fee in full within twenty (21) days. Doc. 11. In that order, plaintiff was warned that if he failed to pay the filing fee within the specified time, this action would be dismissed. *Id.* Plaintiff has not paid the filing fee, and the deadline for him to do so has expired.

///

1

As plaintiff has failed to pay the appropriate filing fee, this case cannot proceed.

Accordingly:

1. This action is dismissed, without prejudice, for plaintiff's failure to pay the filing fee; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 28, 2025

_____
UNITED STATES DISTRICT JUDGE